SUGARHOUSE MERCANTILE CO. v. SALT
LAKE COUNTY et al.

No. 7487.   Decided December 26, 1950.   (225 P. 2d 1050)

See 61 C. J. Taxation, Sec. 2018.

*Golden W. Robbins,* Salt Lake City, for appellant.

*Edward M. Morrissey,* Co. Atty., Salt Lake County, *William S. Livingston,* Asst. Co. Atty., Salt Lake County, and *Mary J. Condas,* all af Salt Lake City, for respondent.

PER CURIAM.

This case is controlled by our decision in the case of *Toronto* v. *Sheffield,* 118 Utah 460, 222 P. 2d 594, in which Section 104—2—5.10, Laws of Utah 1943, was held to be unconstitutional.

The judgment is reversed and the cause remanded with instructions to grant a new trial wherein defendants may present their claims for the amounts they have paid to the county for this property as a condition of quieting appellant's title thereto. Appellant shall recover its costs on appeal.